UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LIZ FERRARI

v.                                                          CASE NO.  3:13CV  395 (JAM)

U.S. EQUITIES CORP.
LINDA STRUMPF                                December 10, 2014
OLGA MOISES


STIPULATION FOR JUDGMENT

The parties hereby stipulate that judgment may enter in favor of plaintiff in the total amount of  $3,000.00 with reasonable costs and attorney's fees to be determined by the Court.


THE PLAINTIFF

By:_____/s/ Joanne S. Faulkner_____                Date: December 10, 2014
Joanne S. Faulkner ct 04137
123 Avon Street
New Haven, CT 06511
(203) 772-0395


DEFENDANTS,
LINDA STRUMPF
U.S. EQUITIES CORP.
OLGA MOISES

BY:   ___/s/___ct12745
James F. Sullivan
Howard, Kohn, Sprague & FitzGerald, LLP
237 Buckingham Street, PO Box 261798
Hartford, CT  06126-0896
PH:  860-525-3101; FAX:  860-247-4201
Federal Bar No: ct 12745
Email: jfs@hksflaw.com