UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Liz Ferrari,<br>    Plaintiffs<br><br>    v.<br><br>U.S. Equities Corp., Linda Strumpf<br>And Olga Moises<br>    Defendant | Civil Action No: 3:13-cv-395(JAM) |

## JUDGMENT

This matter came for consideration before Honorable Jeffrey Alker Meyer, United States District Judge. On December 10, 2014, plaintiff filed a stipulated judgment in this action.

ORDERED, ADJUDGED and DECREED that judgment is in favor of the plaintiff in the total amount of $3,000.00 with reasonable costs and attorney's fees to be determined by the Court and the case is closed.

Dated at Bridgeport, Connecticut this 24th day of December 2014.

ROBIN D. TABORA, Clerk

By /s/ Yelena Gutierrez
Yelena Gutierrez
Deputy Clerk

EOD:  December 24, 2014